# File Hashes for IP Address 65.25.236.97

**ISP:** Time Warner Cable
**Physical Location:** **Appleton, WI**

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 10/06/2013 12:07:27 | 2E0D4EC8052DAA181237CD079C030CC488091DCB | Hot Brunettes |
| 10/06/2013 07:24:29 | A67BFAB4AC3A916556C2DD40AC0869FFF30585C7 | What a Girl Wants Part #2 |
| 10/06/2013 06:42:25 | 4ACBB9DB54D72282C736BA10479C219827D20F58 | Her First Time |
| 10/06/2013 06:26:20 | 31F06EA254B20B904AB0A30118A3E30054267AF6 | Let Me Take Your Picture |
| 09/18/2013 15:24:45 | 6417BFBD9D5B7F566631DA9085C03AEDF913D40C | A Wonderful World |
| 09/18/2013 13:16:37 | 4C942F502D806862ADB69D416BD7CE748A74E9E0 | Bad Girls |
| 09/16/2013 01:19:47 | 019650D10FDD6E5088423F036E97C2A0E627DACA | Rolling in the Sheets |
| 09/15/2013 15:42:54 | B5A57CD035598D39FD3552354C196C2CD9EB1E35 | Red Satin |
| 09/07/2013 04:36:08 | 8373AF619CD811248AFE99516087ACF2F9739585 | Spontaneous |
| 09/07/2013 03:46:15 | D73FD86439B51AFEDACDD97D9C3DE8E9114EE834 | Girly Girls |
| 08/30/2013 04:42:36 | 80B15AB4C27186BF599940820D080538EED04185 | Mad Passion |
| 08/29/2013 04:33:23 | F92D320B3D153EB848CD9C470477E1C3F5C2281B | Good Morning Baby |
| 08/29/2013 04:03:03 | 71C3C4D8314C6E615DED70E7BEDB417086C89D5D | Intimate Experience |
| 08/27/2013 11:45:18 | 408A59795840E8F830741285EC9FEC0336722516 | Play Me |
| 08/24/2013 17:29:25 | 858BCD8CD558A41168ADB51744DF1A925CFB93A5 | Ready or Not |
| 08/24/2013 06:29:44 | 88A0C83A12047FBB61420BA19719124DEB261210 | Only Girls |
| 08/24/2013 05:47:01 | EC0E3F94C2B0780A0B5732596DFA70D39CCC2E30 | Happy Birthday Capri |
| 08/09/2013 19:29:13 | 7BCB2187D649FEA10D210B4FE4B9A1438417C207 | Stay for a While |
| 08/04/2013 11:09:15 | 53E8068629FC21F23779B78A42D8C8AA03DE63AB | Newlyweds |
| 08/04/2013 08:07:56 | 65384CCE454827A6B4DD0E05E2EEBB865F2D1790 | Falling For You |
| 07/06/2013 06:09:59 | A4045794F9F176DF46F9587213F87FAB1DDAA909 | Through the Looking Glass |

EXHIBIT A

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 06/19/2013 04:03:05 | 151F3ADFFCCDBB8DBE76C4906C330C01AA3880CD | Elle Hearts Girls |
| 06/01/2013 07:18:17 | 166388127B6175EDD88B45C2D2150747B6AAEC53 | I Touch Myself |
| 05/17/2013 13:00:57 | 01F5817EE23D6BD6CA38FD323BF399E2D0C63E24 | Truth or Dare |
| 05/17/2013 06:55:15 | 1DD9DB24B84FA321A6F43DF3DA8D7C5621D54B5D | Sapphic Waltz |
| 05/02/2013 21:41:33 | FFED3465CB0EEF5A3227424C8B0D31CF63BF76DB | Black and White |
| 04/29/2013 16:42:01 | 11BBD0678BDD5759E5D8BB9B0CB398ADB9A7D2E2 | The Sleepover |
| 04/25/2013 18:21:39 | 8F014E11FC0965AAED4D55B1441A61A2B64851C3 | Deep Longing |
| 04/25/2013 14:13:30 | 6CB5E6EB996583FD1BCABD00DD95BB236A48C73B | Circles of Bliss |
| 04/25/2013 12:59:53 | 271AF0B34BACB60E7B8820AC062C0868DF3CD2B8 | Sacred Romance |
| 04/21/2013 15:06:11 | 42E971103CB6F4DF101C8982D0E122F5755324A0 | Rose Petals |
| 04/21/2013 11:42:43 | 9DB18296C4B8DA91E2707D6455EE12B007141BEA | Old Enough to Know Better |
| 04/15/2013 21:03:58 | 55F974881FAF9086B8CC8B7903C4FCCE2D94E5DB | Another Night |
| 04/15/2013 02:48:52 | 3EB13BD996192F2EC399931FF47FAA0FE69284C1 | Featherlight |
| 04/14/2013 23:27:53 | 9FB4AB9D0C8A402BA22F91593F16A8F67F31A0FB | Pretty Babies |
| 04/14/2013 22:30:07 | 18021F58263F8A3072741C0C7A418CFCC79735EF | Apartment Number Four |
| 03/29/2013 07:35:24 | 0260EBD4C4ABA9E3288657263F8958884A130F5E | I Love X Art |
| 03/23/2013 07:08:45 | E9888EFD9A8CD2B243FF9F4F7428FF0310049484 | Afternoon Snack |
| 03/20/2013 10:18:42 | 6D54A5FC0E76C6637919D7433ACFAE2F9B0F834A | Late for Work |
| 03/20/2013 06:55:04 | 1AC23122A8B10AFE4F7CEF1B6746428096E0B9E4 | Tuesday Morning |
| 03/19/2013 10:36:55 | D782C04236BB7EC2FE88BA877115E0FDE9C022D6 | Jumping on the Bed |
| 03/19/2013 09:54:24 | 7DB11B5380EA493E6D56328419CC0B545CB8D4E7 | Spilled Milk |
| 03/01/2013 11:04:21 | F8C806DF92D3B1CDD3003B1D9CC43826876F373B | Ready for Bed |
| 02/23/2013 12:43:18 | EB1D8E30226E7B9C3455D7CD255C56B979CF2670 | Afternoon Picnic |
| 02/22/2013 22:28:23 | D35873FC87CE0B6D2E1B8C63C41F76963AABC69B | Angie VIP Lounge |

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 02/21/2013 04:56:11 | B633004EDECC2DDA3720B1F2E526ADA8DD4C0BF0 | A Girl Like You |
| 02/20/2013 20:22:17 | 5997B9E42F81D46B0CFF63705211D5B8C5C543F6 | Seeing Double |
| 02/05/2013 15:01:20 | FB691E145EC7E251183F8E5B15010ACEC4AEC449 | Yoga Master and Student |
| 01/26/2013 12:36:16 | F33883A40600C042F115C36BA4D4E79558B1E29A | Wild Things |
| 01/26/2013 12:35:09 | 468DAD149C97DD4BE8204807DDAF450FECF71A90 | Photo Fantasy |
| 01/26/2013 12:34:17 | 32F2F5433013752ED4C9749E7EA7E93B00FE02BC | Together Again |
| 01/26/2013 12:34:05 | F3DB7AC593D7027EECDA3B73D0E4EDF98D395B3C | Loving Angels |
| 01/25/2013 16:25:19 | 64C8579B67999C43B233C0FCFE38095DC6A22CEE | Ibiza Love |
| 01/25/2013 16:20:13 | D43BD47A8119512A5F0DF1053D8D583182203A01 | Threes Company |
| 01/24/2013 10:49:01 | D7E436AFD5F710E28E2F6D97706D495751967946 | Sweetest Dreams |
| 01/24/2013 09:43:12 | 7CD2ADDF166B893CBFA05EF57E0E1BD15F3C1E54 | Finding Elysium |
| 01/24/2013 09:07:43 | 5078847A4BA6E5A076E5485A5BA1B6FAC7D48183 | Lovers Quarrel |
| 01/18/2013 11:22:07 | 09D7C29EFFBFC541C24511FBE502A34AACFA711D | Spur of the Moment |
| 01/18/2013 10:52:44 | F8497BF9F7ED570C21B97E4AA792B9D4D4264019 | Russian Invasion |
| 01/18/2013 09:49:52 | 74475594712AC0EAE673F1892E7F58B1EA9A7803 | Lipstick Lesbians |
| 01/18/2013 09:19:48 | F4C80934CB8483B8F174356E87B676A79447D572 | Then They Were Three |
| 01/12/2013 17:28:03 | 0B9ED66A79B37AD146F5F05000F88AE1FF5BB74E | Warm Inside |
| 01/07/2013 22:09:26 | 56D40E4C6C6F87213F6D9C2DCB27ADBA9D153B5D | Cum With Me |
| 01/07/2013 05:41:54 | BFAFF1E8E31E6642111FAB2AFF74C85F94DF7EAF | Unforgettable View #1 |
| 12/19/2012 03:22:05 | 3A835D4D32C7D3B60BE6059E72EEBE3756052517 | Poolside Passion |
| 12/16/2012 21:13:59 | 0780AB97BA62CC68DA0FFF5A3998DD1E0479DA4E | Unforgettable View #2 |
| 12/16/2012 10:11:19 | 0980FFAD6FB631AD007D710B80C500F5FC80C160 | Young Passion |
| 12/15/2012 09:39:38 | F0AFDBC7DD17E26F0B9C61F5152655F428C05D55 | Still With Me |
| 12/15/2012 09:31:19 | 544EDC12170CE5BA61AE658FF49F00ACD0EFE628 | Miss Me Not |

EXHIBIT A

EWI41

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 12/13/2012 11:32:56 | D8A92E8DA78C328F9A4603CEC898E8103BAC5335 | Yoga in the Sky |
| 12/07/2012 15:43:37 | D417E2BF6D304974B99211AEF43B334C161925B8 | Vacation Fantasy |
| 12/07/2012 14:56:41 | 2C1EA8F86C9FE050C47CBE365F281C1B9EF06D15 | Caprice Tropical Vibe |
| 12/07/2012 13:19:19 | 5C09E78DB582264CD716012DBE09208978D2A34F | Blonde Ambition |
| 12/06/2012 18:06:27 | D4910A575283A5F7686A90F4DEF9B48E85D33E71 | Three for the Show |
| 12/06/2012 13:42:30 | FB428B4094188DFDDA83449FF8B250954C346206 | Pure Grace |
| 12/06/2012 10:24:47 | D17D20BC3F45458D925787A1F97FE9AFB51C11DD | Introducing Angelica |
| 12/06/2012 09:31:33 | 8BD84717D4C771E4AECB753B18331C6639931B89 | Waterfall Emotions |
| 12/02/2012 05:56:21 | 2D944FBF51FCFD4184A742CC675EFF5DEE9E7B40 | Heart and Soul |
| 11/09/2012 08:01:56 | 41693308D155D7F29304FF90F065B534505A7A5E | Morning Memories |
| 11/09/2012 04:57:23 | 5DBA5050F672719E5A03E47F9148476F3617693A | Daydream |
| 11/08/2012 22:34:03 | F0DDABC259253836A28932B365AFB0D1387A1992 | Dangerous Game |
| 11/03/2012 04:01:14 | 556262FE519C46C2E412D54F37AD7A468297F857 | Casual Sex |
| 10/28/2012 23:51:29 | 252041C5BEC3C63B2396297E7089689AF35F9A10 | Coucher Avec une Autre Fille |
| 10/25/2012 02:49:10 | 4594067582DEB2AE66A978C2AE69404584CFDA3E | Underwater Lover |
| 10/25/2012 00:38:58 | EE7DC112CE480DC914957AC65A313AE3DEE3E64D | First Love |
| 10/23/2012 18:04:02 | FD81A065799EBC23DAF22C8D3E3CD35DFA2E2268 | A Day to Remember |
| 10/23/2012 05:14:07 | 4359DC92664E77CD720AC1416D3700F179E303E6 | Flexible Beauty |
| 10/22/2012 06:11:49 | 041AFBF7B134B5FE1A46E1703B634908C876B4BF | Classic Beauty |
| 10/19/2012 11:27:16 | 83467C4AC0B4202F94B287CC2F0A2B38A2F65B6D | Unbelievably Beautiful |
| 10/12/2012 16:06:48 | 8B737F60B3BC75393414F879815AABB6CE303654 | One Night Stand |
| 10/04/2012 07:38:22 | F7F3D256F23771D0AF985F28EB99B14553ED4960 | Farewell |
| 09/28/2012 10:33:09 | 59448198C43090645093E37289900D8EBB4D4D04 | Veronica Wet Orgasm |
| 09/21/2012 09:45:51 | C1DEA14895AB638016CAE823816B6FFE7E169CF4 | Sunday Afternoon |

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 09/20/2012 12:40:56 | 75E0AF7E7C153113F269BAB7575F002CA6EEF95A | Positively In Love |
| 09/20/2012 10:17:32 | 1FA2BFA906342B360BBB52CB645F94CD19B3FF4E | Black Lingerie Bliss |
| 09/20/2012 02:07:18 | 7A0DE61FAC3ADA9CE6CADDAEE3948EC73C9A43D0 | This Side of Paradise |
| 09/13/2012 05:15:22 | 0D19BD0F15613ECF352E208A6A090F798E7E7638 | House of the Rising Sun |
| 09/12/2012 02:20:32 | 95D5387DE831A71795567A55E5FD324399F48D54 | Perfect Together |
| 09/11/2012 21:07:08 | C3E632C7B800B434E89B6F65CFDE55C149B197AE | Being Me |
| 09/07/2012 04:26:53 | 1814B177454C751B49FA72FB1B790D4F638B84D8 | Side by Side |
| 09/02/2012 15:13:45 | ED5066F4C69D8EBE6391235A362BEB75AE3A2817 | Close to the Edge |

**Total Statutory Claims Against Defendant: 101**

EXHIBIT A

EWI41