**ISP:** Time Warner Cable
**Location: Appleton, WI**

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| A Day to Remember | PA0001811850 | 10/22/2012 | 10/26/2012 | 10/23/2012 |
| A Girl Like You | PA0001827006 | 02/12/2013 | 02/21/2013 | 02/21/2013 |
| A Wonderful World | PA0001847651 | 05/27/2013 | 06/17/2013 | 09/18/2013 |
| Afternoon Picnic | PA0001826998 | 02/15/2013 | 02/18/2013 | 02/23/2013 |
| Afternoon Snack | PA0001833267 | 02/23/2013 | 04/01/2013 | 03/23/2013 |
| Angie VIP Lounge | PA0001771705 | 11/28/2011 | 01/17/2012 | 02/22/2013 |
| Another Night | PA0001833359 | 03/13/2013 | 04/12/2013 | 04/15/2013 |
| Apartment Number Four | PA0001835954 | 04/07/2013 | 04/29/2013 | 04/14/2013 |
| Bad Girls | PA0001847661 | 06/07/2013 | 06/17/2013 | 09/18/2013 |
| Being Me | PA0001802560 | 08/15/2012 | 08/21/2012 | 09/11/2012 |
| Black and White | PA0001831226 | 02/22/2013 | 03/07/2013 | 05/02/2013 |
| Black Lingerie Bliss | PA0001806468 | 09/19/2012 | 09/19/2012 | 09/20/2012 |
| Blonde Ambition | PA0001779796 | 03/05/2012 | 03/06/2012 | 12/07/2012 |
| Caprice Tropical Vibe | PA0001776802 | 12/09/2011 | 02/21/2012 | 12/07/2012 |
| Casual Sex | PA0001820857 | 10/31/2012 | 01/13/2013 | 11/03/2012 |
| Circles of Bliss | PA0001833297 | 03/20/2013 | 04/01/2013 | 04/25/2013 |
| Classic Beauty | PA0001806473 | 09/11/2012 | 09/19/2012 | 10/22/2012 |
| Close to the Edge | PA0001800579 | 08/06/2012 | 08/07/2012 | 09/02/2012 |
| Coucher Avec une Autre Fille | PA0001801715 | 08/13/2012 | 08/14/2012 | 10/28/2012 |
| Cum With Me | PA0001817714 | 12/04/2012 | 12/16/2012 | 01/07/2013 |
| Dangerous Game | PA0001810505 | 10/10/2012 | 10/14/2012 | 11/08/2012 |
| Daydream | PA0001810455 | 10/15/2012 | 10/15/2012 | 11/09/2012 |
| Deep Longing | PA0001825722 | 02/05/2013 | 02/07/2013 | 04/25/2013 |
| Elle Hearts Girls | PA0001847652 | 05/30/2013 | 06/18/2013 | 06/19/2013 |
| Falling For You | PA0001846097 | 05/14/2013 | 06/16/2013 | 08/04/2013 |
| Farewell | PA0001800473 | 08/03/2012 | 08/07/2012 | 10/04/2012 |
| Featherlight | PA0001834618 | 04/02/2013 | 04/12/2013 | 04/15/2013 |
| Finding Elysium | PA0001814784 | 11/15/2012 | 11/19/2012 | 01/24/2013 |
| First Love | PA0001806476 | 09/05/2012 | 09/25/2012 | 10/25/2012 |
| Flexible Beauty | PA0001811853 | 10/19/2012 | 10/26/2012 | 10/23/2012 |
| Girly Girls | PA0001862284 | 08/28/2013 | 09/08/2013 | 09/07/2013 |
| Good Morning Baby | PA0001847655 | 06/04/2013 | 06/18/2013 | 08/29/2013 |
| Happy Birthday Capri | PA0001846087 | 05/24/2013 | 06/17/2013 | 08/24/2013 |
| Heart and Soul | PA0001815353 | 11/24/2012 | 11/30/2012 | 12/02/2012 |
| Her First Time | PENDING | 09/18/2013 | 09/21/2013 | 10/06/2013 |
| Hot Brunettes | PENDING | 10/03/2013 | 10/06/2013 | 10/06/2013 |
| House of the Rising Sun | PA0001806475 | 09/07/2012 | 09/19/2012 | 09/13/2012 |
| I Love X Art | PA0001833296 | 03/29/2013 | 04/01/2013 | 03/29/2013 |
| I Touch Myself | PA0001846084 | 05/21/2013 | 06/16/2013 | 06/01/2013 |
| Ibiza Love | PA0001820855 | 10/29/2012 | 01/13/2013 | 01/25/2013 |
| Intimate Experience | PA0001847657 | 06/10/2013 | 06/18/2013 | 08/29/2013 |

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Introducing Angelica | PA0001818283 | 11/28/2012 | 12/13/2012 | 12/06/2012 |
| Jumping on the Bed | PA0001833298 | 03/12/2013 | 04/01/2013 | 03/19/2013 |
| Late for Work | PA0001833360 | 03/15/2013 | 04/12/2013 | 03/20/2013 |
| Let Me Take Your Picture | PA0001862486 | 09/14/2013 | 09/18/2013 | 10/06/2013 |
| Lipstick Lesbians | PA0001817755 | 12/15/2012 | 12/17/2012 | 01/18/2013 |
| Lovers Quarrel | PA0001814247 | 11/13/2012 | 11/28/2012 | 01/24/2013 |
| Loving Angels | PA0001817752 | 11/30/2012 | 12/17/2012 | 01/26/2013 |
| Mad Passion | PA0001831083 | 02/28/2013 | 03/12/2013 | 08/30/2013 |
| Miss Me Not | PA0001817763 | 12/11/2012 | 12/16/2012 | 12/15/2012 |
| Morning Memories | PA0001806469 | 09/10/2012 | 09/19/2012 | 11/09/2012 |
| Newlyweds | PA0001859662 | 07/04/2013 | 07/26/2013 | 08/04/2013 |
| Old Enough to Know Better | PA0001838597 | 04/15/2013 | 04/28/2013 | 04/21/2013 |
| One Night Stand | PA0001794973 | 05/02/2012 | 05/02/2012 | 10/12/2012 |
| Only Girls | PA0001852678 | 06/24/2013 | 06/27/2013 | 08/24/2013 |
| Perfect Together | PA0001805262 | 08/29/2012 | 09/19/2012 | 09/12/2012 |
| Photo Fantasy | PA0001808631 | 09/28/2012 | 09/28/2012 | 01/26/2013 |
| Play Me | PA0001847659 | 06/14/2013 | 06/30/2013 | 08/27/2013 |
| Poolside Passion | PA0001811851 | 10/25/2012 | 10/26/2012 | 12/19/2012 |
| Positively In Love | PA0001800358 | 07/04/2012 | 07/11/2012 | 09/20/2012 |
| Pretty Babies | PA0001835953 | 04/05/2013 | 04/29/2013 | 04/14/2013 |
| Pure Grace | PA0001800484 | 07/11/2012 | 07/12/2012 | 12/06/2012 |
| Ready for Bed | PA0001831199 | 02/24/2013 | 03/07/2013 | 03/01/2013 |
| Ready or Not | PA0001852675 | 06/18/2013 | 06/27/2013 | 08/24/2013 |
| Red Satin | PA0001828892 | 03/06/2013 | 03/12/2013 | 09/15/2013 |
| Rolling in the Sheets | PA0001847653 | 06/01/2013 | 06/17/2013 | 09/16/2013 |
| Rose Petals | PA0001838598 | 04/17/2013 | 04/28/2013 | 04/21/2013 |
| Russian Invasion | PA0001808629 | 09/26/2012 | 09/28/2012 | 01/18/2013 |
| Sacred Romance | PA0001825721 | 02/07/2013 | 02/07/2013 | 04/25/2013 |
| Sapphic Waltz | PA0001843110 | 05/07/2013 | 05/14/2013 | 05/17/2013 |
| Seeing Double | PA0001824840 | 02/02/2013 | 02/07/2013 | 02/20/2013 |
| Side by Side | PA0001805261 | 09/03/2012 | 09/19/2012 | 09/07/2012 |
| Spilled Milk | PA0001833299 | 03/08/2013 | 04/01/2013 | 03/19/2013 |
| Spontaneous | PA0001860977 | 08/22/2013 | 09/10/2013 | 09/07/2013 |
| Spur of the Moment | PA0001820192 | 01/07/2013 | 01/08/2013 | 01/18/2013 |
| Stay for a While | PA0001859661 | 07/05/2013 | 08/02/2013 | 08/09/2013 |
| Still With Me | PA0001813360 | 11/02/2012 | 11/19/2012 | 12/15/2012 |
| Sunday Afternoon | PA0001800353 | 07/06/2012 | 07/11/2012 | 09/21/2012 |
| Sweetest Dreams | PA0001820194 | 01/04/2013 | 01/08/2013 | 01/24/2013 |
| The Sleepover | PA0001838600 | 04/23/2013 | 04/28/2013 | 04/29/2013 |
| Then They Were Three | PA0001817761 | 12/09/2012 | 12/16/2012 | 01/18/2013 |
| This Side of Paradise | PA0001802603 | 08/19/2012 | 08/21/2012 | 09/20/2012 |
| Three for the Show | PA0001808630 | 09/24/2012 | 09/28/2012 | 12/06/2012 |
| Threes Company | PA0001804939 | 08/17/2012 | 08/21/2012 | 01/25/2013 |
| Through the Looking Glass | PA0001851980 | 06/30/2013 | 07/05/2013 | 07/06/2013 |
| Together Again | PA0001819288 | 12/28/2012 | 01/01/2013 | 01/26/2013 |
| Truth or Dare | PA0001846099 | 05/16/2013 | 06/30/2013 | 05/17/2013 |
| Tuesday Morning | PA0001828897 | 02/26/2013 | 03/12/2013 | 03/20/2013 |
| Unbelievably Beautiful | PA0001805315 | 08/24/2012 | 09/10/2012 | 10/19/2012 |
| Underwater Lover | PA0001806474 | 09/17/2012 | 09/20/2012 | 10/25/2012 |

EXHIBIT B

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Unforgettable View #1 | PA0001817759 | 12/07/2012 | 12/16/2012 | 01/07/2013 |
| Unforgettable View #2 | PA0001817765 | 12/13/2012 | 12/16/2012 | 12/16/2012 |
| Vacation Fantasy | PA0001814250 | 11/10/2012 | 11/28/2012 | 12/07/2012 |
| Veronica Wet Orgasm | PA0001762412 | 10/05/2011 | 11/23/2011 | 09/28/2012 |
| Warm Inside | PA0001820856 | 01/11/2013 | 01/13/2013 | 01/12/2013 |
| Waterfall Emotions | PA0001817757 | 12/05/2012 | 12/16/2012 | 12/06/2012 |
| What a Girl Wants Part #2 | PA0001847660 | 06/15/2013 | 07/09/2013 | 10/06/2013 |
| Wild Things | PA0001809287 | 10/05/2012 | 10/07/2012 | 01/26/2013 |
| Yoga in the Sky | PA0001794715 | 06/27/2012 | 06/29/2012 | 12/13/2012 |
| Yoga Master and Student | PA0001822651 | 01/18/2013 | 01/27/2013 | 02/05/2013 |
| Young Passion | PA0001811852 | 10/17/2012 | 10/26/2012 | 12/16/2012 |

**Total Malibu Media, LLC Copyrights Infringed: 101**