AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Wisconsin

| | | |
|---|---|---|
| MALIBU MEDIA, LLC | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. 1:13-cv-01237-WCG |
| FRED ILSLEY | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Fred Ilsley
1540 E. Plaza Dr.
Appleton, WI 54915-4443

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Mary K. Schulz, Esq.
SCHULZ LAW, P.C.
1144 E. State Street, Suite A260
Geneva, Il 60134

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JON W. SANFILIPPO
*CLERK OF COURT*

Date: 03/05/2014

s/ A. Wachtendonck
*Signature of Clerk or Deputy Clerk*

Case 1:13-cv-01237-WCG   Filed 03/04/14   Page 1 of 2   Document 9

Case 1:13-cv-01237-WCG   Filed 04/18/14   Page 1 of 2   Document 11

Civil Action No. 1:13-cv-01237-WCG

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Fred Ilsley__
was received by me on *(date)* __03-21-14__ .

☒ I personally served the summons on the individual at *(place)* __1540 E. Plaza Dr Appleton, WI. 54915__ on *(date)* __03-21-14__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: __3/21/14__

Server's signature

__Keri Abts, Process Server__
Printed name and title
9203 W Bluemound Rd
Milwaukee, WI 53226

Server's address

Additional information regarding attempted service, etc:

Fred Ilsley accepted and signed for papers. Defendant is a white male, 40yrs+, 6'0ft, 275lbs+, Blk/Grey hair, glasses.