UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

MALIBU MEDIA LLC,

        Plaintiff(s),

  v.                                              Case No. 13-C-1237

FRED ILSLEY,

        Defendant(s).

## NOTICE

Notice is hereby given that the court will dismiss this action 21 days from the date of this notice pursuant to Civil L.R. 41(b) (E.D. Wis.), which provides that:

> In all cases in which a defendant has failed to file an answer or otherwise defend within 6 months from the filing of the complaint and the plaintiff has not moved for a default judgment, the Court may on its own motion, after 21 days' notice to the attorney of record for the plaintiff, or to the plaintiff if pro se, enter an order dismissing the action for lack of prosecution. Such dismissal must be without prejudice.

This case was filed on November 4, 2014. Service was accomplished on March 21, 2014, as evidenced by the summons returned executed filed with the court on April 18, 2014. Six months have elapsed since the filing of the complaint, yet to date neither an answer nor a motion for default judgment has been filed.

Dated this 23rd day of June, 2014.

                                                s/ William C. Griesbach
                                              William C. Griesbach, Chief Judge
                                              United States District Court