IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

MALIBU MEDIA, LLC,

    Plaintiff,

v.                                        Civil Action No. 1:13-cv-01237-WCG

FRED ILSLEY,

    Defendant.
                                         /

## **DECLARATION IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT**

I, Mary K. Schulz, declare under penalty of perjury that the following facts are true and correct to the best of my information and belief:

1. I am the attorney for the Plaintiff in this action.

2. A Complaint was filed herein on November 4, 2013.

3. An Amended Complaint was filed on March 4, 2014.

4. Service of summons and Amended Complaint were obtained as follows:

| **Defendant** | **Date of Service, Type of Service** |
|---|---|
| Fred Ilsley | March 21, 2014, Personal |

5. More than twenty-one (21) days have elapsed since the Defendant in this action was served, and the Defendant, Fred Ilsley, has failed to plead or otherwise defend this action as provided by the Federal Rules of Civil Procedure.

**DECLARATION**

EXHIBIT A

**PURSUANT TO 28 § U.S.C. § 1746,** I hereby declare under penalty of perjury under laws of the United States of America that the foregoing is true and correct.

Executed on this _25th__ day of June, 2014.

/s/<i>Mary K. Schulz</i><br>Attorney for Plaintiff

EXHIBIT A